# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robyn Krile, individually, | ) |
|           Plaintiff, | ) **ORDER FOR STATUS** |
| | ) **CONFERENCE** |
| vs. | ) |
| | ) |
| City of Bismarck, North Dakota, a Municipal Corporation, and Daniel Donlin, in his individual and official capacity as retired Chief of Police for the City of Bismarck, North Dakota, | ) |
| | ) Case No. 1:19-cv-001 |
|           Defendants. | ) |

The Court shall hold a status conference with the parties by telephone on May 21, 2019, at 9:00 a.m. To participate in the conference call, counsel shall call the following number and enter the following access code:

Tel. No. (877) 810-3185

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 20th day of May, 2019.

                                                                */s/ Clare R. Hochhalter*
                                                                 Clare R. Hochhalter, Magistrate Judge
                                                                 United States District Court