# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Robyn Krile, individually, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | **RE DISCOVERY DISPUTES** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Bismarck, North Dakota, a | ) | |
| Municipal Corporation, and Daniel Donlin, | ) | |
| in his individual and official capacity as | ) | |
| retired Chief of Police for the City of | ) | |
| Bismarck, North Dakota, | ) | |
| | ) | Case No. 1:19-cv-001 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on December 11, 2019, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 6th day of December, 2019.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court