IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robyn Krile, individually,<br><br>                                                        Plaintiff,<br>vs.<br><br>City of Bismarck, North Dakota, a Municipal Corporation, and Daniel Donlin, in his individual and official capacity as retired Chief of Police for the City of Bismarck, North Dakota,<br><br>                                                  Defendants. | Case No. 1:19-cv-00001 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶1]  THIS MATTER comes before the Court on a Stipulation of Dismissal with Prejudice filed on June 28, 2022. Doc. No. 111. The Parties have stipulated to dismiss this action with prejudice. Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs, expenses and attorneys' fees.

[¶2]  **IT IS SO ORDERED**.

DATED June 29, 2022.

Daniel M. Traynor, District Judge
United States District Court